1  Benjamin C. Debney, Esq (OSB 982103)
   The Law Offices of Benjamin C. Debney, LLC
2  5320 SW Macadam Ave, Ste. 100
3  Portland, OR 97239
   Telephone: (503) 922-4757
4  Email: bc@bcdebney.com

5  *Attorney for Plaintiff*

6

7                    IN THE UNITED STATES DISTRICT COURT

8                         FOR THE DISTRICT OF OREGON

9                              PORTLAND DIVISION

10

11 AF HOLDINGS, LLC,                 :    Civil Action No. 3:12-CV-02131 PK

12           Plaintiff,              :
         v.
13                                   :
   BRAD DELAY                             **NOTICE OF VOLUNTARY DISMISSAL**
14                                   :    **OF ACTION WITH PREJUDICE**
             Defendant.
15                                   :

16                                   :

17

18     **NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1),

19 Plaintiff voluntary dismisses this action in its entirety with prejudice. Plaintiff's counsel provided

20 immediate notice to the Court as required pursuant to LR 41-1(a). In accordance with Federal Rule

21 of Civil Procedure 41(a)(1), Defendant has neither filed an answer to Plaintiff's Complaint, nor a

22 motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is

23 therefore appropriate.

24     Plaintiff prays that the Court enter a judgment reflecting the above.

25

26 *///*

27 *///*

28 *///*

1
2
3  DATED: December 17, 2012
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

        Respectfully submitted,

        AF HOLDINGS, LLC,

By:   /s/ Benjamin C. Debney

Benjamin C. Debney, Esq. (OSB 982103)
5320 SW Macadam Ave, Ste. 100
Portland, OR 97239
Telephone: (503) 922-4757
Email: bc@bcdebney.com

*Attorney for Plaintiff*

1 | **CERTIFICATE OF SERVICE**

2  The undersigned hereby certifies that on December 17, 2012, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system.
3
4
5
6 　　　　　　　　　　　　　　　　　　　　　　　/s/  Benjamin C. Debney
　　　　　　　　　　　　　　　　　　　　　　　　Benjamin C. Debney