IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| AF HOLDINGS LLC, | ) | |
| | ) | Civil No. 03:12-2131-PK |
| Plaintiff(s), | ) | |
| | ) | **ORDER AND JUDGMENT** |
| v. | ) | **OF DISMISSAL** |
| | ) | |
| BRAD DELAY, | ) | |
| | ) | |
| Defendant(s). | ) | |

The Court having been informed by counsel for Plaintiff that this action has been settled,

IT IS ORDERED AND ADJUDGED that this action is DISMISSED with prejudice. Pending motions, if any, are DENIED AS MOOT.

Dated this 18th day of December, 2012.

by _____
Paul Papak
United States Magistrate Judge